UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ELENA L. HUGHEY**,

        Plaintiff,

   v.

**CAROLYN W. COLVIN, Acting Commissioner of Society Security**,

        Defendant.

Case No. 6:15-cv-01432-KI

JUDGMENT

   James W. Moller
   8655 SW Citizens Dr., Ste. 104
   Portland, OR 97070

       Attorney for Plaintiff

   Billy J. Williams
   United States Attorney
   District of Oregon
   Janice E. Hebert
   Assistant United States Attorney
   1000 SW Third Ave., Ste. 600
   Portland, OR 97204-2902

Page 1 - JUDGMENT

Justin L. Martin
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this      1st      day of September, 2016.

                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge